JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCR MARKETING, INC.,<br><br>    Plaintiff,<br>-vs-<br><br>U.S. ALLIANCE GROUP, INC., dba Alternative Payments International,<br><br>    Defendant.<br><br>U.S. ALLIANCE GROUP, INC., dba Alternative Payments International,<br><br>    Counter Claimant,<br>-vs-<br><br>DCR MARKETING, INC., and DIANA FLETCHER<br><br>    Counter Defendants. | Case No: 8:19-cv-01897-JVS-DFM<br>Case No: 8:20-cv-01280-JVS-DFM<br><br>**Assigned for All Purposes to Hon. James V. Selna**<br><br>**JUDGMENT** |

This matter, Case No. 8:19-cv-01897-JVS-DFM, along with related Case No. 8:20-cv-01280-JVS-DFM, came on regularly for trial on August 30, 2022, in Courtroom 10C of the above-entitled court, the Honorable James V. Selna, U.S. District Judge, presiding, sitting without a jury, a jury having been duly waived.

Plaintiff/Counter-Defendant DCR Marketing, Inc. ("DCR") and Third-Party Defendant Diana Fletcher, appeared by their attorneys, Jonathan L. Gerber and Corey Miller of Miller Miller Gerber, LLP. Defendant/Counter-Claimant/Third-Party Claimant U.S. Alliance Group, Inc. ("USAG") appeared by its attorneys, James Huber and Josh Herndon of Global Legal Law Group. Blue Novis, Inc. ("Blue Novis"), Plaintiff in related Case No. 8:20-cv-01280-JVS-DFM, appeared by its attorney, Robert "Robin" Traylor.

## **DECLARATORY JUDGMENT**

IT IS Hereby DECLARED that DCR has the right to the $1,770,061.74 in Reserve Funds held by USAG. It is further declared that USAG does not have the right to collect an early termination fee or impose a retroactive fee increase because DCR did not breach its obligations under the Merchant Agreement such that an Early Termination Fee would apply, and the Merchant Agreement does not provide for retroactive fee increases in any event.

It is hereby DECLARED that Blue Novis has the right to $600,154.30, originating from the $1,770,061.74 in DCR's Reserve Funds held by USAG.

## **MONETARY AWARD**

IT IS Hereby ORDERED, ADJUDGED, AND DECREED that Plaintiffs DCR Marketing, Inc. and Blue Novis, Inc. are the prevailing parties. in this action.

DCR Marketing, Inc. shall take Judgment against Defendant U.S. Alliance Group, Inc. for the following:

1. Damages in the sum of $1,169,907.35.

2. Pre-Judgment interest in the sum of $328,215.10. Such interest was computed at a rate of 10% per annum from March 10, 2020, the date six (6) months from the conclusion of the last transaction processed under the Merchant Agreement, until December 29, 2022 (1,024 days).

3. Statutory Post-Judgment interest at the rate of 4.66%, calculated at weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of the entry of judgment.

4. Attorney's fees as contractually authorized under Section 7.14 of the Merchant Processing Agreement's Terms and Conditions, Trial Ex. No. 6, p. 6), in an amount ordered by this Court per the forthcoming motion to be filed by DCR under Federal Rule of Civil Procedure 54(d)(2).

5. Costs in a sum as determined and requested within the Application to the Clerk to Tax Costs to be filed with the Court.

Blue Novis, Inc. shall take Judgment against Defendant U.S. Alliance Group, Inc. for the following:

6. Damages in the sum of $600,154.30.

7. Pre-Judgment interest in the sum of $168,372.03. Such interest was computed at a rate of 10% per annum from March 10, 2020, the date six (6) months from the conclusion of the last transaction processed under the Merchant Agreement, until December 29, 2022 (1,024 days).

8. Statutory Post-Judgment interest at the rate of 4.66%, calculated at weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of the entry of judgment.

Defendant/Counter-Claimant U.S. Alliance Group, Inc., take nothing, with DCR Marketing, Inc. and Diana Fletcher, to recover the following from U.S. Alliance Group:

9. Costs incurred by DCR Marketing Inc. and Diana Fletcher in a sum as determined and requested within the Application to the Clerk to Tax Costs to be filed with the Court.

**CONSTRUCTIVE TRUST**

IT IS Hereby ORDERED that a constructive trust is imposed upon the $1,770,061.74 in Reserve Funds held by USAG for the benefit of DCR, .

Dated: January 13, 2023

_____
_JAMES V. SELNA
UNITED STATES DISTRICT JUDGE